FISHER & PHILLIPS LLP
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: bbradford@fisherphillips.com
Attorney for Defendant,
Full Spectrum Laser LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK SCOTT FISCHER, | Case No. 2:20-cv-00339-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (First Request)** |
| v. | |
| FULL SPECTRUM LASER LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including April 27, 2020 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defense counsel has recently been retained and needs additional time to review the allegations in the Complaint and all the relevant files.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 –

FP 37407455.1

1  This is the first request for an extension of this deadline.

2  FISHER & PHILLIPS LLP                    THE VERSTANDIG LAW FIRM, LLC

4  /s/ Brian L. Bradford, Esq.              /s/
   BRIAN L. BRADFORD, ESQ.                  Maurice VerStandig, Esq.
5  300 South Fourth Street                  1452 W. Horizon Ridge Pkwy, #665
   Suite 1500                               Henderson, NV 89012
6  Las Vegas, Nevada 89101                  Attorney for Plaintiff
   Attorneys for Defendant
7  Full Spectrum Laser LLC

   IT IS SO ORDERED:

   _____
   UNITED STATES MAGISTRATE JUDGE

   Dated: March 23, 2020

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101