FISHER & PHILLIPS LLP
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: bbradford@fisherphillips.com
Attorney for Defendant,
Full Spectrum Laser LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERICK SCOTT FISCHER, | Case No. 2:20-cv-00339-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY (First Request)** |
| v. | |
| FULL SPECTRUM LASER LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' counsel of record, that discovery deadlines in the Scheduling Order (ECF No. 13) be extended ninety (90) days as follows:

| | |
|---|---|
| Discovery Deadline | January 25, 2021 (January 24, 2021 is a Sunday) |
| Dispositive Motion Deadline | February 24, 2021 |
| Joint Pretrial Order | March 26, 2021 or 30 days from the ruling on a dispositive motion |

This is the first request for an extension of these deadlines. The parties provide the following information to the Court regarding the proposed extension of the discovery deadline.

*Discovery Completed To Date*

The parties have served their Initial Disclosures and supplements thereto. The parties have served written discovery and are awaiting responses.

*Remaining Discovery To Be Completed*

Upon receipt of the discovery responses, the parties will be required to address any discrepancies and/or deficient discovery responses. In addition, the parties will need to time to address any third-party discovery and obtain deposition testimony.

*Reasons Discovery Could Not Be Completed Within The Existing Deadline*

Each parties' respective counsel has been required to adjust the litigation schedule to accommodate inevitable changes in various matters due to the COVID-19 pandemic. This factor has also affected the ability to obtain relevant documents and evaluate potential witnesses that may be pertinent to this action.

This is the parties' first request for an extension of the discovery deadline date and is not made to delay this matter. Based upon the foregoing, the parties believe there is good cause for the requested extension.

This is the first request for an extension of these deadlines.

| FISHER & PHILLIPS LLP | THE VERSTANDIG LAW FIRM, LLC |
|---|---|
| /s/ Brian L. Bradford, Esq. | /s/ Maurice VerStandig, Esq. |
| BRIAN L. BRADFORD, ESQ. | Maurice VerStandig, Esq. |
| 300 South Fourth Street | 1452 W. Horizon Ridge Pkwy, #665 |
| Suite 1500 | Henderson, NV 89012 |
| Las Vegas, Nevada 89101 | Attorney for Plaintiff |
| Attorneys for Defendant | |
| Full Spectrum Laser LLC | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2020