Maurice VerStandig, Esq.
Nevada Bar No.: 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Telephone: (301)444-4600
Facsimile: (301)444-4600
Email:  mac@mbvesq.com

*Attorneys for Frederick Scott Fischer*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERICK SCOTT FISCHER,<br><br>Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LASER LLC,<br><br>Defendant. | Case No. 2:20-cv-00339-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY (Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' counsel of record, that discovery deadlines in the Scheduling Order (ECF No. 16) be extended sixty (60) days as follows:

| | |
|---|---|
| Discovery Deadline | March 26, 2021 |
| Dispositive Motion Deadline | April 26, 2021 (April 25 is a Sunday) |
| Joint Pretrial Order | May 25, 2021 or 30 days from the ruling on a dispositive motion |

This is the second request for an extension of these deadlines.  The parties provide the following information to the Court regarding the proposed extension of the discovery deadline.



*Discovery Completed To Date*

The parties have exchanged initial disclosures and initial rounds of written discovery, with counsel for the parties engaging in a series of substantive conversations concerning future discovery and the appropriate order in which the same should be taken.

*Remaining Discovery To Be Completed*

The parties anticipate issuing second rounds of written discovery, engaging in limited third party subpoena practice, and then conducting depositions.

*Reasons Discovery Could Not Be Completed Within The Existing Deadline*

The parties continue to make progress in this matter, but their respective counsel have experienced various practice-centric delays correlative to the COVID-19 pandemic and, more specifically, its ongoing (and varying) impact on litigation in various courts. Counsel for one of the parties became personally ill with COVID-19.

This is the parties' second request for an extension of the discovery deadline date and is not made to delay this matter. Based upon the foregoing, the parties believe there is good cause for the requested extension.

/
/
/
/
/
/
/
/

This is the second request for an extension of these deadlines.

| FISHER & PHILLIPS LLP | THE VERSTANDIG LAW FIRM, LLC |
|---|---|
| /s/ Brian L. Bradford (signed w/ express permission)<br>BRIAN L. BRADFORD, ESQ.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant<br>Full Spectrum Laser LLC | /s/ Maurice B. VerStandig<br>Maurice VerStandig, Esq.<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012<br>Attorney for Plaintiff<br>F. Scott Fischer |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2020

