Maurice VerStandig, Esq.
Nevada Bar No.: 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Telephone: (301)444-4600
Facsimile: (301)444-4600
Email:  mac@mbvesq.com

*Attorneys for Frederick Scott Fischer*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERICK SCOTT FISCHER, | Case No. 2:20-cv-00339-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY (Third Request)** |
| v. | |
| FULL SPECTRUM LASER LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' counsel of record, that discovery deadlines in the Scheduling Order (ECF No. 16) be extended sixty (60) days as follows:

| | |
|---|---|
| Discovery Deadline | May 25, 2021 |
| Dispositive Motion Deadline | June 25, 2021 |
| Joint Pretrial Order | ~~June 26, 2021~~ or 30 days from the ruling on a dispositive motion |

This is the third request for an extension of these deadlines.  The parties provide the following information to the Court regarding the proposed extension of the discovery deadline.



### *Discovery Completed To Date*

The parties have exchanged initial disclosures and initial rounds of written discovery, with counsel for the parties engaging in a series of substantive conversations concerning future discovery and the appropriate order in which the same should be taken. The parties have begun to assess the potential scope of depositions, including depositions of any third parties.

Both parties have worked with their counsel to locate documents relevant to this case, and their counsel have engaged in an ongoing and productive course of dialogue concerning particular areas of apparent relevance. This has allowed discovery to proceed without any party needing to invoke motions practice (at least thus far).

### *Remaining Discovery To Be Completed*

The parties anticipate issuing further written discovery to a rather minor degree and taking depositions.

### *Reasons Discovery Could Not Be Completed Within The Existing Deadline*

The parties continue to make progress in this matter, but their respective counsel have experienced various practice-centric delays correlative to the COVID-19 pandemic and, more specifically, its ongoing (and varying) impact on litigation in various courts. Counsel for one of the parties became personally ill with COVID-19 early in this case, which set matters back.

The parties also believe they were unduly optimistic about their ability to work within the discovery schedule initially proposed. There are oddities to this case that have been buttressed by settlement discussions running throughout the background of the discovery process, though counsel has kept a warm and production relationship throughout this matter.



1. This is the parties' third request for an extension of the discovery deadline date and is one they realize and appreciate will have to be the last barring intervening events not presently cognizable to counsel for either of the parties.  Based upon the foregoing, the parties believe there

This is the third request for an extension of these deadlines.

| FISHER & PHILLIPS LLP | THE VERSTANDIG LAW FIRM, LLC |
|---|---|
| /s/ Brian L. Bradford (signed w/ express permission)<br>BRIAN L. BRADFORD, ESQ.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant<br>Full Spectrum Laser LLC | /s/ Maurice B. VerStandig<br>Maurice VerStandig, Esq.<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012<br>Attorney for Plaintiff<br>F. Scott Fischer |

IT IS SO ORDERED subject to the following modification.  June 26, 2021 falls on a Saturday, just one day after the motions deadline.  Accordingly, the deadline to file the **Joint Pretrial Order is July 26, 2021.**  If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 16th day of March, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

