FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: lmcclane@fisherphillips.com
E-Mail Address: bbradford@fisherphillips.com
Attorneys for Defendant, Full Spectrum Laser LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK SCOTT FISCHER,<br><br>            Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LASER LLC,<br><br>            Defendant. | Case No. 2:20-cv-00339-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(Fifth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' counsel of record, that discovery deadlines in the Scheduling Order (ECF No. 24) be extended seventy (70) days as follows:

| | |
|---|---|
| Discovery Deadline | September 17, 2021 |
| Dispositive Motion Deadline | October 18, 2021 |
| Joint Pretrial Order | November 17, 2021 |

This is the fifth request for an extension of these deadlines. The parties provide the following information to the Court regarding the proposed extension of the discovery deadline. The parties understand that this stipulation has been entered with less than 21 days prior to the close of discovery, as required pursuant to LR 26-3. The reason for the parties' inability to comply with this deadline is Defendant's counsel's previously unforeseeable medical leave.

FP 40948321.1

- 1 –

### *Discovery Completed To Date*

The parties have exchanged initial disclosures and initial rounds of written discovery. While there is a pending motion to compel before the court, the parties have largely resolved a dispute concerning outstanding discovery responses. The parties have begun to schedule depositions, but Defense Counsel will be on a medical leave of absence until August 23, 2021.

### *Remaining Discovery To Be Completed*

The parties anticipate finalizing a schedule for taking depositions after August 23, 2021.

### *Reasons Discovery Could Not Be Completed Within The Existing Deadline*

The parties continue to make progress in this matter, but their respective counsel have continued to experience various practice-centric delays correlative to the COVID-19 pandemic and, more specifically, its ongoing (and varying) impact on litigation in various courts. Counsel for one of the parties became personally ill with COVID-19 early in this case, which set matters back. Since the most recent extension, counsel for both parties have been affected by personal events, including a marriage by Plaintiff's counsel, as well as a family emergency involving a missing minor child of Defendant's counsel. Most recently, Defendant's counsel will be on a medical leave until approximately August 23, 2021.

The parties recently have been able to deal with the personal milestones and emergencies and believe that this final extension will allow the parties to conduct depositions prior to the close of the proposed discovery period.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FP 40948321.1

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1  This is the parties' fifth request for an extension of the discovery deadline date
2  and is not made to delay this matter. Based upon the foregoing, the parties believe
3  there is good cause for the requested extension.

4  Dated this 2nd day of July, 2021.

| FISHER & PHILLIPS LLP | THE VERSTANDIG LAW FIRM, LLC |
|---|---|
| /s/ Lisa A. McClane, Esq. | /s/ Maurice VerStandig, Esq. |
| LISA A. MCCLANE, ESQ. | Maurice VerStandig, Esq. |
| BRIAN L. BRADFORD, ESQ. | 1452 W. Horizon Ridge Pkwy, #665 |
| 300 South Fourth Street | Henderson, NV 89012 |
| Suite 1500 | *Attorney for Plaintiff* |
| Las Vegas, Nevada 89101 | |
| *Attorneys for Defendant* | |
| *Full Spectrum Laser LLC* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

July 6, 2021
_____
DATED