FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  lmcclane@fisherphillips.com
E-Mail Address:  bbradford@fisherphillips.com
Attorneys for Defendant, Full Spectrum Laser LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERICK SCOTT FISCHER, | Case No. 2:20-cv-00339-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| v. | |
| FULL SPECTRUM LASER LLC, | **(Sixth Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' counsel of record, that discovery deadlines in the Scheduling Order (ECF No. 30) be extended thirty-one (31) days for the express purpose of completing remaining depositions as follows:

| | |
|---|---|
| Plaintiff's Deposition | September 20, 2021 |
| Defendant's 30(b)(6) Deposition | September 29, 2021 |

Accordingly, the parties are also requesting the following deadlines also be modified:

| | |
|---|---|
| Discovery Deadline | October 18, 2021 |
| Dispositive Motion Deadline | November 17, 2021 |
| Joint Pretrial Order | December 17, 2021 |

This is the sixth request for an extension of these deadlines. The parties provide the following information to the Court regarding the proposed extension of the discovery deadline. The reason for the parties' inability to comply with this deadline is Defendant's counsel's previously unforeseeable medical leave.

### *Discovery Completed To Date*

The parties have exchanged disclosures and written discovery. The motion to compel which was before the Court, has been mostly resolved, and the parties have scheduled depositions.

### *Remaining Discovery To Be Completed*

The parties have scheduled the Plaintiff's deposition for September 20, 2021, and Defendant's 30(b)(6) deposition tentatively for September 29, 2021.

### *Reasons Discovery Could Not Be Completed Within The Existing Deadline*

The parties continue to make progress in this matter, but Defendant's counsel was out on a medical leave of absence and just returned September 1. Scheduling conflicts made it difficult to find mutually agreeable dates for deposition within the short time remaining before the close of the current discovery deadline. This extension will allow the parties to conduct depositions prior to the close of the proposed

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FP 41566857.1

- 2 –

This is the parties' sixth request for an extension of the discovery deadline date and is not made to delay this matter. Based upon the foregoing, the parties believe there is good cause for the requested extension.

Dated this 7th day of September, 2021.

| FISHER & PHILLIPS LLP | THE VERSTANDIG LAW FIRM, LLC |
|---|---|
| /s/ Lisa A. McClane, Esq. | /s/ Maurice VerStandig, Esq. |
| LISA A. MCCLANE, ESQ. | Maurice VerStandig, Esq. |
| BRIAN L. BRADFORD, ESQ. | 1452 W. Horizon Ridge Pkwy, #665 |
| 300 South Fourth Street | Henderson, NV 89012 |
| Suite 1500 | *Attorney for Plaintiff* |
| Las Vegas, Nevada 89101 | |
| *Attorneys for Defendant* | |
| *Full Spectrum Laser LLC* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

September 8, 2021
DATED

FP 41566857.1

- 3 –