FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  lmcclane@fisherphillips.com
Attorneys for Defendant Full Spectrum Laser LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK SCOTT FISCHER, | Case No. 2:20-cv-00339-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| v. | |
| FULL SPECTRUM LASER LLC, | **(Seventh Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' counsel of record, that discovery deadlines in the Scheduling Order (ECF No. 32) be extended forty-five days (45) days to allow Plaintiff to take the deposition of Defendant's 30(b)(6) witness(es). The deposition was noticed and expected to be complete within the deadline; however, counsel for both parties have experienced health issues and it has become necessary to reschedule the 30(b)(6) deposition. Accordingly, the parties are also requesting the following deadlines also be modified:

| | |
|---|---|
| Discovery Deadline | December 2, 2021 |
| Dispositive Motion Deadline | January 3, 2022 |
| Joint Pretrial Order | February 2, 2022; however, if |

dispositive motions are filed, the Joint Pretrial Order will be due thirty (30) days after the Court enters its decision on any dispositive motion(s).

/ / /

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada  89101

- 1 –

FP 41566857.1

The parties provide the following information to the Court regarding the proposed extension of the discovery deadline.  The reason for the parties' inability to comply with this deadline is Defendant's counsel's previously unforeseeable medical leave.

***Discovery Completed To Date***

The parties have exchanged disclosures and written discovery. The motion to compel which was before the Court, has been mostly resolved, and the parties have scheduled depositions.

***Remaining Discovery To Be Completed***

The parties are in the process of rescheduling Defendant's 30(b)(6) deposition.

***Reasons Discovery Could Not Be Completed Within The Existing Deadline***

The parties continue to make progress in this matter, but Defendant's primary counsel, Brian Bradford was out on a medical leave of absence and has since moved on to other employment, necessitating a change in lead counsel.  Plaintiff's counsel and Defendant's counsel have both experienced health issues and it has become necessary to reschedule the deposition of Defendant's 30(b)(6) witness.  This extension will allow the parties to conduct depositions prior to the close of the proposed discovery period.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**FISHER & PHILLIPS LLP**
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada  89101

1    This is the parties' seventh request for an extension of the discovery deadline

2   date and is not made to delay this matter.  Based upon the foregoing, the parties believe

3   there is good cause for the requested extension.

4    Dated this 12th day of October 2021.

5   FISHER & PHILLIPS LLP              THE VERSTANDIG LAW FIRM, LLC

6   /s/ Lisa A. McClane, Esq.            /s/ Maurice VerStandig, Esq.

7   LISA A. MCCLANE, ESQ.             Maurice VerStandig, Esq.
    300 South Fourth Street, Suite 1500      1452 W. Horizon Ridge Pkwy, #665

8   Las Vegas, Nevada 89101            Henderson, NV 89012
    *Attorneys for Defendant*             *Attorney for Plaintiff*

9   *Full Spectrum Laser LLC*

10

11                                **ORDER**

12  IT IS SO ORDERED:

13

14                                _____
                                  UNITED STATES MAGISTRATE JUDGE

15                                 October 13, 2021
                                  _____
16                                DATED

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 41566857.1

- 3 –