# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK SCOTT FISCHER,<br><br>　　Plaintiff<br><br>v.<br><br>FULL SPECTRUM LASER LLC,<br><br>　　Defendant | Case No.: 2:20-cv-00339-APG-DJA<br><br>**Order** |

I ORDER that defendant Full Spectrum Laser LLC shall file a response to the notice of related cases (ECF No. 36) by January 21, 2022.

DATED this 6th day of January, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE