FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: lmcclane@fisherphillips.com
Attorneys for Defendant Full Spectrum Laser LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERICK SCOTT FISCHER,<br><br>Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LASER LLC,<br><br>Defendant. | Case No. 2:20-cv-00339-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

    Plaintiff Frederick Fischer and Defendant Full Spectrum Laser LLC, by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Defendant to file its response to Plaintiff's Motion for Summary Judgment (ECF No. 35) to **February 14, 2022**. This is a 30 day extension. Plaintiff filed his Motion for Summary Judgment on December 23, 2021. Pursuant to LR 7-2(b), the deadline for Defendant to file its opposition is currently set for January 13, 2022.

    This is the first request to extend the deadline for filing the opposition to the now-pending Motion for Summary Judgment.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

FP 42717457.1

- 1 –

There is good cause for entering into this stipulation for additional time as Defendant's counsel is undergoing surgery.

Dated this 12th day of January 2022.

| FISHER & PHILLIPS LLP | THE VERSTANDIG LAW FIRM, LLC |
|---|---|
| /s/ Lisa A. McClane, Esq. | /s/ Maurice VerStandig, Esq. |
| LISA A. MCCLANE, ESQ. | Maurice VerStandig, Esq. |
| 300 South Fourth Street, Suite 1500 | 1452 W. Horizon Ridge Pkwy, #665 |
| Las Vegas, Nevada 89101 | Henderson, NV 89012 |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |
| *Full Spectrum Laser LLC* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

January 13, 2022
DATED

- 2 –

FP 42717457.1