# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK SCOTT FISCHER,<br><br>    Plaintiff<br><br>v.<br><br>FULL SPECTRUM LASER LLC,<br><br>    Defendant | Case No.: 2:20-cv-00339-APG-DJA<br><br>**Order** |

Having reviewed the papers in this case and in *Hershman v. Full Spectrum Laser LLC*, 2:21-cv-02245-GMN-BNW, I **deny** plaintiff Frederick Fischer's request to transfer the *Hershman* case to me. ECF No. 36. The cases are not sufficiently related to benefit from having both cases assigned to the same judge. *See* LR 42-1(a).

DATED this 31st day of January, 2022.

                                                                  _____
                                                                  ANDREW P. GORDON
                                                                  UNITED STATES DISTRICT JUDGE