FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  lmcclane@fisherphillips.com
Attorneys for Defendant Full Spectrum Laser LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK SCOTT FISCHER, | Case No. 2:20-cv-00339-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND REMAINING DISPOSITIVE DEADLINES** |
| v. | **(Second Request)** |
| FULL SPECTRUM LASER LLC, | |
| Defendant. | |

Plaintiff Frederick Fischer and Defendant Full Spectrum Laser LLC, by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Defendant to file its response to Plaintiff's Motion for Summary Judgment (ECF No. 35) to **March 16, 2022**.  Plaintiff filed his Motion for Summary Judgment on December 23, 2021. Pursuant to the previous Stipulation granted on January 13, 2022, the current deadline for Defendant to file its opposition is set for February 14, 2022.

This is the second request to modify the the deadline for filing the opposition to the now-pending Motion for Summary Judgment. This request for extension is presented for good cause as Defendant's counsel recently underwent surgery and has multiple competing deadlines due to counsel in another case having Covid and requiring scheduling modification prior to a multi-party arbitration.

/ / /

/ / /

/ / /

- 1 –

FP 43070003.1

Additionally, as Plaintiff's counsel is anticipated to complete a trial at the time the reply is due, the parties also stipulate to extend the deadline for Plaintiff to submit his reply, up to and including March 30, 2022.

Dated this 11th day of February 2022.

| FISHER & PHILLIPS LLP | THE VERSTANDIG LAW FIRM, LLC |
|---|---|
| /s/ Lisa A. McClane, Esq. | /s/ Maurice VerStandig, Esq. |
| LISA A. MCCLANE, ESQ. | Maurice VerStandig, Esq. |
| 300 South Fourth Street, Suite 1500 | 1452 W. Horizon Ridge Pkwy, #665 |
| Las Vegas, Nevada 89101 | Henderson, NV 89012 |
| *Attorneys for Defendant Full Spectrum Laser LLC* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

February 14, 2022
DATED

- 2 –

FP 43070003.1