FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: lmcclane@fisherphillips.com
*Attorney for Defendant Full Spectrum Laser LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK SCOTT FISCHER,<br><br>Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LASER LLC,<br><br>Defendant. | Case No. 2:20-cv-00339-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

Plaintiff Frederick Fischer and Defendant Full Spectrum Laser LLC (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to a one-week extension to the deadline for the Parties to file the Joint Pretrial Order on **October 24, 2022**. The Court entered its order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment (ECF No. 47) on September 16, 2022. Pursuant to the Stipulation and Order to Extend Discovery (Seventh Request) (ECF No. 33) and LR 26-1(b)(5), the deadline for the Parties to file the Joint Pretrial Order is currently set for October 17, 2022.[1]

There is good cause to extend the deadline for the Parties to file the Joint Pretrial Order based upon the Parties' attempt to resolve remaining claims and because

---

[1] Thirty (30) days after September 16, 2022 is Sunday, October 16, 2022. As a result, the deadline falls on October 17, 2022, the first business day following the weekend.

- 1 –

45436624.1

Defendant's counsel has several scheduling conflicts due to obligations in other cases including mediation, filing deadlines, and evidentiary hearings.

This is the first request to briefly extend the deadline for filing the Joint Pretrial Order and is not made to delay this matter.

Dated this 17th day of October 2022.

| FISHER & PHILLIPS LLP | THE VERSTANDIG LAW FIRM, LLC |
|---|---|
| /s/ Lisa A. McClane, Esq. | /s/ Maurice VerStandig, Esq. |
| LISA A. MCCLANE, ESQ.<br>300 South Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant*<br>*Full Spectrum Laser LLC* | Maurice VerStandig, Esq.<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012<br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 18, 2022

- 2 –

45436624.1