FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant, Full Spectrum Laser LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK SCOTT FISCHER,<br><br>Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LASER LLC,<br><br>Defendant. | Case No. 2:20-cv-00339-APG-DJA<br><br>**STIPULATION AND ORDER<br>TO CONTINUE TRIAL**<br>**(First Request)** |

The parties, by and through their respective counsel of record, hereby stipulate and agree that this case be removed from the current April 24, 2023 trial stack and be moved to a stack beginning after July 31, 2023.  This is the first request to extend the trial and all associated deadlines.  Lisa McClane, who had been functioning as the primary defense counsel on the case and would have tried it, has recently started new employment and will be completing the transition of her cases by March 31, 2023. Fisher & Phillips is in the process of determining a replacement lead trial counsel, who will need to get up to speed.  Further, there is a Settlement Conference in this matter set for April 17, 2023 (ECF No. 59) and it makes sense for the parties to participate in this

1 conference before incurring further pretrial expenses.

2 | FISHER & PHILLIPS LLP | THE VERSTANDIG LAW FIRM, LLC

/s/ Scott M. Mahoney, Esq. /s/ Maurice VerStandig, Esq.
Scott M. Mahoney, Esq. Maurice VerStandig, Esq.
300 South Fourth Street, Suite 1500 1452 W. Horizon Ridge Pkwy, #665
Las Vegas, Nevada 89101 Henderson, NV 89012
Attorneys for Defendant Attorney for Plaintiff

ORDER: the April 24, 2023 trial setting is vacated and continued.

Master Trial Scheduling Conference: August 1, 2023 at 10:00 a.m. by video conference.

Calendar Call: August 15, 2023 at 9:00 a.m. in Courtroom 6C.

Jury Trial:  August 21, 2023 at 9:00 a.m. in Courtroom 6C.

IT IS SO ORDERED:

Dated: April 3, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE