FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address:  mricciardi@fisherphillips.com
E-Mail Address:  akheel@fisherphillips.com
*Attorney for Defendant, Full Spectrum Laser LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK SCOTT FISCHER, | Case No. 2:20-cv-00339-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MATTER FROM CURRENT TRIAL STACK** |
| v. | |
| FULL SPECTRUM LASER LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their counsel of record, that the above matter currently set for the September trial stack be continued to a date convenient to the Court in early 2024, and the appearance at the Master Trial Calendaring Scheduling Conference be vacated.  The parties have settled this matter, have fully executed a settlement agreement, and are awaiting confirmation of receipt of settlement funds from Plaintiff's financial institution prior to filing a

/ / /

/ / /

/ / /

/ / /

- 1 –

FP 48095250.1

1  stipulation to dismiss the matter with prejudice. The parties anticipate that the
2  stipulation to dismiss should be filed within the next three weeks..

3  Dated this 30th day of August, 2023.

4  FISHER & PHILLIPS LLP                    THE VERSTANDIG LAW FIRM, LLC

6  /s/ Allison L. Kheel, Esq.                    /s/ Maurice VerStandig, Esq.
   Mark J. Ricciardi, Esq.                       Maurice VerStandig, Esq.
7  Allison L. Kheel, Esq.                        1452 W. Horizon Ridge Parkway
   300 South Fourth Street, Suite 1500           Suite 665
8  Las Vegas, Nevada 89101                       Henderson, Nevada 89012
   Attorneys for Defendant                       Attorney for Plaintiff

ORDER

The September 2023 trial dates are vacated. Calendar call is now set for January 2, 2024 at 9:00 a.m. and jury trial is now set for the stack beginning on January 8, 2024 at 9:00 a.m. in LV Courtroom 6C before Judge Andrew P. Gordon.

IT IS SO ORDERED:

Dated: September 5, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 48095250.1

- 2 –