Maurice VerStandig, Esq.
Nevada Bar No.: 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: (301) 444-4600
Facsimile: (301) 444-4600
Email:  mac@mbvesq.com
*Attorneys for Frederick Scott Fischer*

FISHER PHILLIPS LLP
Allison L, Kheel, NSB # 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone:  (702) 862-3817
Email: akheel@fischerphillips.com
*Attorneys for Defendant Full Spectrum Laser*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |  |
|---|---|---|
| FREDERICK SCOTT FISCHER, | ) | Case No. 2:20-cv-339-APG-DJA |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| v. | ) | |
| | ) | |
| FULL SPECTRUM LASER LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Come now Frederick Scott Fischer ("Mr. Fischer") and Full Spectrum Laser LLC ("Full

Spectrum"), by and through respective undersigned counsel, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), and hereby stipulate to dismiss the above-captioned action *with*

*prejudice, with each side to bear their own fees and costs.*

/

/

1



1

/s/ Maurice B. VerStandig
Maurice VerStandig, Esq.
2   Nevada Bar No.: 15346
The VerStandig Law Firm, LLC
3   1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
4   Telephone: (301) 444-4600
Email:  mac@mbvesq.com
5   *Attorney for the Plaintiff*

6
/s/ Allison L. Kheel, Esq.
7   Allison L. Kheel, Esq.
Nevada Bar No. 12986
8   Fisher & Phillips LLP
300 S. Fourth Street, Suite 1500
9   Las Vegas, NV 89101
Telephone: (702) 862-3817
10   E-Mail: akheel@fisherphillips.com
*Attorney for Full Spectrum Laser LLC*

11

12

13

IT IS SO ORDERED:

14

Dated: ___September 21, 2023___

15

16   _____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23



2